Fill in this information to identify the case:

Debtor 1  Jennifer L. Williams

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan

Case number  16-47976

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Ocwen Loan servicing, LLC, as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for MORGAN STANLEY ABS CAPITAL I INC. TRUST 2003-NC6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC6

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account:  9 3 3 3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: Plan Review | 6/27/2016 | (11) | $ 400.00 |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Jennifer | L. | Williams | Case number (if known) 16-47976 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

❏ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Kristy Steffani (P77020)
Signature

Date 11/15/2016

Print: Kristy      Steffani
       First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: Potestivo & Associates P.C

Address: 251 Diversion St.
Number    Street
Rochester         MI    48307
City              State  ZIP Code

Contact phone: 248-853-4400

Email: ksteffani@potestivolaw.com

# REALRemit®

## Invoice -

### General Information

| Requestor Information | | Vendor Information | |
|---|---|---|---|
| **ID** | 3 | **Vendor Id** | Redacted |
| **Name** | Ocwen Loan Servicing | **Name** | Robertson Anschutz and Schneid PL |
| **Address Line 1** | 1661 Worthington Street | **Email** | Redacted |
| **Address Line 2** | | **Address Line 1** | 6409 Congress Avenue |
| **City** | West Palm Beach | **Address Line 2** | Suite 100 |
| **State** | Florida | **City** | Boca Raton |
| **ZIP Code** | 24737 | **State** | Florida |
| **Phone** | | **ZIP Code** | 33487 |
| **Payment Details** | | **Phone** | Redacted |
| **Confirmation Number** | | | |
| **Method** | CHECK | | |
| **Amount** | $400.00 | | |
| **Date** | 06/27/2016 | | |

### Invoice Header

| Invoice Information | | Purchase Order Information | |
|---|---|---|---|
| **Invoice Number** | | **PO Number** | Redacted |
| **Description** | | **Description** | Redacted |
| **Invoice Date** | 06/17/2016 | **Date** | |
| **Invoice Receipt Date** | 06/17/2016 | **Product Type** | |
| **Invoice Type** | Interim | **Order Type** | |
| **Payment Terms** | | **Asset Number** | |
| **Payment Date** | 06/17/2016 | **File Number** | |
| **Invoice Status** | Approved | **Service Transferred?** | |
| **Pay To** | | **Property Close Date** | |
| **Reference Account #** | | **Unpaid Principal and Interest** | |
| **Tracking Number** | | **Unpaid Principal Balance** | |
| **Comments** | | **Original Principal Balance** | |
| **Foreclosure Module Status** | | **Loan Type** | |
| **Event Name** | | **Interest Rate** | |
| **Event Status** | | **Lien Position** | |
| **Judicial** | | **FCO (Cumulative Fee at PO)** | |
| **FCTR Date** | | **Insured By** | |
| **FCTR Alias** | | **Report Status Code** | |

| | | |
|---|---|---|
| FCTR Code<br>FC Initiation Date<br>FBCO<br>Event Date<br>Document Type | Redacted | User Hold Code<br>Occupancy Type<br>Principal and Interest Amount<br>UCCC<br>Sale Amount Due<br>Property Sale Date<br>Other Advance<br>Escrow Bal<br>Hazard Suspense<br>Delinquent Interest Gross<br>Calculated Amount<br>UPI<br>FB/IB<br>FCO Limit Configured<br>County Details<br>Pool Code<br>State Condition Code<br>Unpaid Principal Amount<br>Interest Amount | Redacted |

## Invoice Details

| Expense Code | Category Code | Description | Service Date | Total |
|---|---|---|---|---|
| Redacted | Redacted | Review of Plan and Notice of Appearance-(Rec from Brwr) | 06/08/2016 | $400.00 |

| Notes | Summary | |
|---|---|---|
| Submitting this invoice for Plan Review.SC | Subtotal | $400.00 |
| | Total | $400.00 |
| | Transaction Fee | $0.00 |
| | Technology Fee | $0.00 |
| | Net Total | $400.00 |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

| | |
|---|---|
| Jennifer L. Williams<br><br>Debtor,<br>_____/ | Case No. 16-47976<br>Chapter 13<br>Judge Maria L. Oxholm |

Potestivo & Associates, P.C.
By:  Kristy Steffani (P77020)
Attorney for Ocwen Loan Servicing, LLC
251 Diversion Street
Rochester, MI 48307
Phone: 248-853-4400, ext. 1241
ksteffani@potestivolaw.com

John A. Evanchek
Kelley & Evanchek
43695 Michigan Ave.
Canton, MI 48188
734-397-4540
Email: johnaevanchek@justice.com
_____/

## PROOF OF SERVICE

I, Cassandra McLone, state that on the 15th day of November, 2016, I served a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges and Proof of Service of same upon:

| John A. Evanchek<br>43695 Michigan Ave.<br>Canton, MI 48188 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226 | Jennifer L. Williams<br>6431 Cadillac<br>Garden City, MI 48135 |
|---|---|---|

By placing same in a well sealed envelope, by first class mail, with the proper

1

prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to Debtor and via CM-ECF electronic filing to the Debtors' Attorney and the Trustee.

          ***/s/ Cassandra McLone***
          Cassandra McLone
          Employee of Potestivo & Associates, P.C.
          251 Diversion Street
          Rochester, MI 48307
          248-853-4400
          cmclone@potestivolaw.com