Fill in this information to identify the case:

Debtor 1: Jennifer L. Williams

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan (State)

Case number: 16-47976

# Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for MORGAN STANLEY ABS CAPITAL I INC. TRUST 2003-NC6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC6

**Court claim no.** (if known): 11

**Last 4 digits of any number you use to identify the debtor's account:** 9 3 3 3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 11/15/2016

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) – 2015 / 2016 | 3/27/2017 | (8) | $ 7,594.77 |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: Insurance Disbursement | | (11) | $ _____ |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Jennifer L. Williams | Case number (if known) 16-47976 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /S/     Date 8.7.17
Signature
Trott # 459332B02

Print:  Shawn C. Drummond (P58471)
        First Name   Middle Name   Last Name

Title: Attorney for DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for MORGAN STANLEY ABS CAPITAL I INC. TRUST 2003-NC6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC6

Company  Trott Law, P.C.

Address  31440 Northwestern Hwy Ste. 200
         Number    Street

         Farmington Hills, MI  48334-5422
         City                State   ZIP Code

Contact phone  248.642.2515

Email  EasternECF@trottlaw.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 2

16-47976-mlo    Doc 60    Filed 08/07/17    Entered 08/07/17 15:22:54    Page 2 of 4

**ERIC R. SABREE**
WAYNE COUNTY TREASURER
400 Monroe - 5th Floor
Detroit MI 48226-2942
(313) 224-5990



Ocwen Financial
1661 Worthington Road
West Palm Beach, FL 33409

Web: treasurer.waynecounty.com
Email: taxinfo@co.wayne.mi.us

# D U P L I C A T E

## Tax Receipt

| Receipt Number: | | Date: | 03/27/17 |
| Bundle: | | Interest Effective Date: | 03/27/17 |

### Receipt Details:

| Municipality - Parcel ID | Tax Year | Paid Tax | Paid Int & Fees | Paid Total | Due Tax | Due Int & Fees | Due Total |
|---|---|---|---|---|---|---|---|
| 6431 CADILLAC | 2015 | $2,651.84 | $450.81 | $3,102.65 | $0.00 | $0.00 | $0.00 |
| | 2016 | $4,278.21 | $213.91 | $4,492.12 | $0.00 | $0.00 | $0.00 |
| | | | Total: | $7,594.77 | | Through 04/30/17 | $0.00 |
| | | | Receipt Total: | $7,594.77 | | | |

**Remarks:**
THE MOST RECENT YEAR TAXES SHOWN ON THIS RECEIPT ARE SUBJECT TO CHANGE

**Summary Information:**
| Date Created: 03/27/17 03:39:21 PM | Issued By: 3248 |
| Date Printed: 06/07/17 08:00:18 PM | Type: Mail |

Dear Fellow Taxpayer:
Thank you for your payment of property taxes. This payment supports Wayne County, your local community, and other government agencies in providing essential government services. Your payment is really greatly appreciated.
Sincerely,

*Eric R. Sabree*

ERIC R. SABREE
Wayne County Treasurer

AITNO -DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for MORGAN STANLEY ABS CAPITAL I INC. TRUST 2003-NC6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC6

# DECLARATIONS

**STANDARD GUARANTY INSURANCE COMPANY**
PO BOX 50355, ATLANTA, GA 30302
A Stock Insurance Company

**CERTIFICATE NUMBER:** [redacted]

| CERTIFICATE PERIOD: | | | Issued under the provisions of Master Policy No.: [redacted] |
|---|---|---|---|
| EFFECTIVE DATE | EFFECTIVE TIME | EXPIRATION DATE | |
| 10/15/2016 | 12:01 am | 10/15/2017 | |

**NAMED INSURED** and Mailing Address:
OCWEN LOAN SERVICING, LLC
ITS SUCCESSORS AND/OR ASSIGNS
P.O. BOX 6723
SPRINGFIELD, OH 45501-6723

*For Company Use:*
Basis:
Territory: 0002
Class:
Other: [redacted]

**DESCRIBED LOCATION.** The property covered by this Certificate is at the described location unless otherwise stated:
6431 CADILLAC ST
GARDEN CITY, MI 48135

**COVERAGE AND LIMITS OF LIABILITY** - Coverage is provided only where a premium is shown for the coverage, subject to all conditions of this Certificate.

**RESIDENTIAL PROPERTY:**

| LIMIT OF LIABILITY | DEDUCTIBLES | | PREMIUM |
|---|---|---|---|
| Coverage A - $99,000 | All Perils: | $1,000 | $1,609.00 |
| Coverage B - 10% of Coverage A | | | |
| | | TOTAL PREMIUM | $1,609.00 |

**COMMERCIAL PROPERTY:**

| LIMIT OF LIABILITY | DEDUCTIBLES | PREMIUM |
|---|---|---|
| Building - | All Perils: | |
| | TOTAL PREMIUM | |

Optional Coverages, Assessments, Surcharges, Taxes, Fees (if applicable):

| | TOTAL AMOUNT | $1,609.00 |
|---|---|---|

**FORMS AND ENDORSEMENTS** which are made a part of this Certificate at the time of issuance:
MIP 223 SG (01-12), MIP 233 (01-12), MIP 243 MI (03-12), MIP 219 (01-12), MIP 239 (01-12)

**BORROWER** - Name and address:
JENNIFER L WILLIAMS
43695 MICHIGAN AVE
C/O JOHN EVANCHEK
CANTON TOWNSHIP, MI 48188

Loan No.: [redacted]

CLAIMS: 1-800-652-1262

Issue Date: 01/27/2017

ALL OTHER INQUIRIES:
1-866-317-7661

Countersignature (where required)

MIP 221 SG (01-12)  Page 1 of 1  MIP221SGR-0614